FILED - GR
August 7, 2007 4:55 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC JUNIOR SHELTON,

    Defendant.

_____/

No.

Hon.

**1:07-cr-188**
**Richard Alan Enslen**
**US District Judge**

INDICTMENT

The Grand Jury charges:

### Count One

(Cocaine Base Possession With Intent to Distribute)

On or about October 24, 2006, in Van Buren County, in the Western District of Michigan, Southern Division, the defendant,

### ERIC JUNIOR SHELTON,

did knowingly and intentionally possess with intent to distribute more than 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)

## Count Two

(Cocaine Base Possession With Intent to Distribute)

On or about April 26, 2007, in Cass County, in the Western District of Michigan, Southern Division, the defendant,

ERIC JUNIOR SHELTON,

did knowingly and intentionally possess with intent to distribute more than 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)

A TRUE BILL

_____
GRAND JURY FOREPERSON

CHARLES R. GROSS
United States Attorney

_____
B. RENÉ SHEKMER
Assistant United States Attorney
P.O. Box 208, 330 Ionia Avenue, NW
Grand Rapids, Michigan 49501-0208
(616) 456-2404

2