UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        Case No. 1:07-CR-188

ERIC JUNIOR SHELTON,             HON. RICHARD ALAN ENSLEN

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge, filed October 15, 2007, is **APPROVED** and **ADOPTED** as the Opinion and Findings of this Court.

2. Defendant Eric Junior Shelton's plea of guilty to Counts One and Two of the Indictment is accepted. Defendant Eric Junior Shelton is adjudicated guilty.

3. Defendant Eric Junior Shelton shall be detained pending sentencing.

                                                /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:      RICHARD ALAN ENSLEN
     October 30, 2007         SENIOR UNITED STATES DISTRICT JUDGE